In the Matter of the Accounting of WILLIAM KOLODNY, as Administrator of the Estate of GEORGE BUBITCH, Deceased, Respondent. ANNA GREENSPAN, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

HARRY KERNER, Appellant, v. ROBERT KALEKO et al., Respondents.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

MIRIAM LASH, Respondent, v. HELEN DITTA et al., Appellants.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

(A) LUTHER QUARLES, Appellant, v. GEORGE WALKER et al., Respondents. (B) PATRICIA P. LEWIS, Respondent, v. HEWLETT W. LEWIS, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

SANFORD S. LEWIS et al., Respondents, v. SIDNEY E. ALPER, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THOMAS P. MCDONALD, Respondent, v. DOROTHY F. MCDONALD, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.